# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 10, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.   23-6163,   <u>US v. Bobby Collins, Jr.</u>
            7:17-cr-00033-EKD-JCH-1, 7:21-cv-81470-EKD-JCH

TO:    Bobby Nelson Collins

REDACTED DOCUMENT DUE:  March 15, 2023

Under Fed. R. App. P. 25(a)(5), filers are required to redact the following personal data identifiers from documents filed on appeal. Please redact and re-file your document in accordance with the requirement(s) identified below.

---

[ XX ] Protected criminal information must be redacted.

Rachel Phillips, Deputy Clerk
804-916-2702